**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 217 MAL 2022
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
ANTHONY JOSEPH DECARLO, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.